## Appeal of Keystone Medical Offices.

OPINION BY KEPHART, J., April 22, 1918:

This appeal was heard at the same time as the appeal of the World's Museum of Anatomy, No. 97, October Term, 1917. Precisely the same questions are involved.

The judgment is affirmed.